UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                              CASE NO. 6:23-cr-53-WWB-EJK

ALLEN LEE GLOVER

## NOTICE OF MAXIMUM PENALTIES

      The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, stating as follows:

## PENALTY

      The penalty for the offenses charged in Counts One and Two of the Indictment is: up to fifteen (15) years imprisonment, a fine of up to $250,000, a term of supervised release of up to three (3) years and a one-hundred dollar ($100) special assessment. 18 U.S.C. §§ 924(a)(2) and (a)(8).

      Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as outlined in the Indictment.  Among the items that will be forfeited are the following: one Glock pistol (serial number AADE394) and associated

Luger ammunition; and one Glock pistol (serial number YRN680), and associated Luger ammunition.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Beatriz Gonzalez
Beatriz Gonzalez
Assistant United States Attorney
Florida Bar No. 0084214
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:     (407) 648-7643
E-mail: Beatriz.Gonzalez2@usdoj.gov

**U.S. v. ALLEN LEE GLOVER**                    **Case No. 6:23-cr-53-WWB-EJK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the

Clerk of the Court.

There is no defense attorney appointed at this time.

<div style="margin-left: 4em;">

/s/ Beatriz Gonzalez
Beatriz Gonzalez
Assistant United States Attorney
Florida Bar No. 0084214
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: Beatriz.Gonzalez2@usdoj.gov

</div>